SEBASTIAN KABLE, Respondent, *v.* ROCHESTER GAS AND ELECTRIC COMPANY, Appellant.

*Kable v. Rochester Gas & Electric Co.*, 96 App. Div. 639, affirmed.
(Argued October 19, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 13, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Albert H. Harris* for appellant.

*George Raines* and *H. W. Rippey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.